Tammy Hussin, Esq. (Bar No. 155290)
Lemberg & Associates, LLC
6404 Merlin Drive
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Aumunique Winbush

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Aumunique Winbush,<br><br>              Plaintiff,<br><br>      vs.<br><br>Asset Acceptance, LLC; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No.: 5:12-cv-02065-VAP-SP<br><br>**STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed without prejudice, each side to bear its own fees and costs.

| Plaintiff | Defendant |
|---|---|
| _/s/ Tammy Hussin_____ | _/s/Ashley R. Fickel_____ |
| TAMMY HUSSIN<br>Attorney for Plaintiff | ASHLEY R. FICKEL<br>Attorney for Defendant |